MOORE INGRAM
JOHNSON & STEELE
Limited Liability Partnership
Emerson Overlook
326 Roswell Street
Suite 100
Marietta, GA 30060
(770) 429-1499
FAX (770) 429-8631

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| CLARENCE FOUST, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> COMCAST CORPORATION; COMCAST CABLE COMMUNICATIONS, LLC; and COMPLETE RECOVERY CORPORATION, <br><br> Defendants. | CASE NO. 3:19-cv-00173-HSM-DCP <br><br> Judge Harry S. Mattice <br> Magistrate Judge Debra C. Poplin <br><br> JURY DEMAND |

## NOTICE OF LEAVE OF ABSENCE

COMES NOW, D. Austin Gillis (the "Applicant") and respectfully notifies all judges before whom the Applicant has cases pending, all affected Clerks of Courts, and all opposing counsel that the Applicant will be on leave.

The dates during which the Applicant will be away from the practice of law are as follows:

### Dates

### January 15 - 21, 2020

The reason for leave of said Applicant is for personal vacation.

All affected judges and opposing counsel shall have ten (10) days from the date of this Notice to object to it. If no objections are filed, the leave shall be granted.

Respectfully submitted, this 7th day of November, 2019.

**MOORE INGRAM JOHNSON & STEELE, LLP**

*/s/ D. Austin Gillis*
D. Austin Gillis
Tennessee BPR No. 033130

*Counsel for Comcast Cable Communications, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of November, 2019, the foregoing was delivered to all counsel of record through the Court's electronic filing system.

                                      */s/ D. Austin Gillis*
                                      D. Austin Gillis

MOORE INGRAM
JOHNSON & STEELE
Limited Liability Partnership
Emerson Overlook
326 Roswell Street
Suite 100
Marietta, GA 30060
(770) 429-1499
FAX (770) 429-8631