UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| CLARENCE FOUST, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>COMCAST CORPORATION, *et al.*,<br><br>Defendants. | No. 3:19-cv-173-PLR-DCP |

## MEMORANDUM AND ORDER

This case is before the undersigned pursuant to 28 U.S.C. § 636, the Rules of this Court, and Standing Order 13-02.

Now before the Court is the parties' Joint Motion for Leave to Submit Supplemental Briefing. [Doc. 73] The parties seek leave to file one additional brief each on the issue of arbitration. Plaintiff seeks leave to file a sur-reply, of no more than seven pages in length, and Defendants seek leave to file a response, of no more than seven pages in length, to Plaintiff's sur-reply. The parties contend that such briefing will allow Plaintiff to address issues arising from arbitral discovery, while still preserving the intent of the parties' prior agreement regarding briefing on this issue.

Accordingly, on the agreement of the parties, and for good cause shown, the Joint Motion **[Doc. 73]** is hereby **GRANTED**. Plaintiff **SHALL** have until and including **September 24, 2020**, to file a sur-reply of no more than seven pages. Defendants **SHALL** have until and including **October 8, 2020**, to file a response of no more than seven pages to Plaintiff's sur-reply.

**IT IS SO ORDERED.**

ENTER:

*Debra C. Poplin*
Debra C. Poplin
United States Magistrate Judge